Criminal Notice of Appeal - Form A
# NOTICE OF APPEAL

### United States District Court

Southern District of New York
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED FEB 1 0 2014

Caption:

UNITED STATES OF AMERICA
v.

DOMINIQUE JEAN-PHILIPPE

Docket No.: 12-CR-00802-KBF
KATHERINE B. FORREST
(District Court Judge)

Notice is hereby given that DOMINIQUE JEAN-PHILIPPE appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ✔ AND ORDER RE:FATICO HEARING (specify) entered in this action on 02/03/2014 & 01/21/2014 (date).

This appeal concerns: Conviction only [ ]  Sentence only [✔]  Conviction & Sentence [ ]  Other [✔]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes [ ]  No [✔]  N/A [ ]

Date of sentence: 01/30/2014    N/A [ ]

Bail/Jail Disposition: Committed [✔]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]  If yes, provide the following information:

Defendant's Counsel: BENJAMIN HEINRICH
Counsel's Address: 189 EAST 163RD STREET
BRONX, NEW YORK 10451
Counsel's Phone: 718-588-4400

Assistant U.S. Attorney: PARVIN DAPHNE MOYNE & TIMOTHY DONALD SINI
AUSA's Address: ONE SAINT ANDREW'S PLAZA
NEW YORK, NEW YORK 10007
AUSA's Phone: 212-637-2527

Signature

UNITED STATES DISTRICT COURT
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 0 2014

------------------------------------------------:
THE UNITED STATES OF AMERICA,  :
                Plaintiff  :
                               :        NOTICE OF APPEAL
    v.                               :        Case No.:12-CR-00802 (KBF)
                               :
DOMINIQUE JEAN-PHILIPPE,  :
                Defendant  :
------------------------------------------------:

       Notice is hereby given that DOMINIQUE JEAN-PHILIPPE, defendant in the above case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order re: Fatico Hearing and Sentencing entered in the action on the 3rd day of Febuary and the 21st day of January, 2014.

Dated: Bronx, New York
       February 7, 2014

                                        BENJAMIN HEINRICH, ESQ.
                                        Attorney for Defendant-Appellant
                                        189 East 163rd Street
                                        Bronx, New York 10451
                                        Tel.: 718-588-4400
                                        Fax : 718-588-4716