UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

DOMINIQUE JEAN PHILIPPE

                           Petitioner,

                -v-

UNITED STATES OF AMERICA,

                          Respondent.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 10, 2017

12-cr-802 (KBF)
16-cv-7918 (KBF)

OPINION & ORDER

KATHERINE B. FORREST, District Judge:

The Court is in receipt of petitioner's motion for permission to file a Certificate of Appealability. (ECF No. 2.) As stated in this Court's Opinion issued on August 10, 2017, the Court "declines to issue a certificate of appealability, as Philippe has not made a substantial showing of a denial of a federal right." (ECF No. 2 at 19.) As such, the Court DENIES the motion at ECF No. 3.

    SO ORDERED.

Dated:    New York, New York
             October 10, 2017

                                                        KATHERINE B. FORREST
                                                         United States District Judge