UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                             :

UNITED STATES OF AMERICA          :

                    -v-                :       12-CR-802-2 (JMF)

                             :

DOMINIQUE JEAN PHILIPPE,     :        ORDER

                             :

                   Defendant.      :

                             :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 17, 2023, the Court received a letter filed by Defendant Dominique Jean-Philippe, which asks the Court to "take a second look" at his case. *See* ECF No. 337. The Defendant cites, and the Court has found, no authority to support taking "a second look" at a case without an application for specific relief. Accordingly, the request is denied.

The Clerk of Court is directed to mail this Order to:

        Dominique Jean-Philippe
        Register No. 67575-054
        FCI Allenwood
        Federal Correctional Institution
        P.O. BOX 3000
        White Deer, PA 17887

      SO ORDERED.

Dated: October 19, 2023
      New York, New York                                
                                           JESSE M. FURMAN
                                      United States District Judge